IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SUNRISE SELF STORAGE PARTNERS, LLC, § § § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 6:15-CV-00363-RP |
| § | |
| LEXINGTON INSURANCE COMPANY, § | |
| Defendant. § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Sunrise Self Storage Partners, LLC ("Plaintiff"), and Defendant, Lexington Insurance Company ("Defendant"), file this Agreed Motion to Dismiss with Prejudice asking this Court to dismiss all claims each has against the other with prejudice to the refiling of same.

Plaintiff and Defendant have resolved their dispute and, therefore, request that this Court enter an Order dismissing, with prejudice, any and all claims and causes of action Plaintiff has asserted against Defendant in this lawsuit, with each party to bear its own fees and costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant jointly request that this matter be dismissed with prejudice, removed from the docket of this Court, and that costs be taxed against the party incurring same.

Respectfully submitted,

By: */s/ Brett A. Wallingford*
Brett A. Wallingford
Texas Bar No. 00797618
BWallingford@zelle.com
**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone: (214) 742-3000
Facsimile: (214) 760-8994

**ATTORNEYS FOR DEFENDANT**

**- and-**

By: /s/ *Richard D. Daly*
Richard D. Daly
Texas Bar No. 00796429
rdaly@dalyblack.com
**DALY & BLACK, P.C.**
2211 Norfolk Street, Suite 800
Houston, Texas 77098
Tel: (713) 655-1405
Fax: (713) 655-1587

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was delivered to all counsel of record for Plaintiff electronically in compliance with the Federal Rules of Civil Procedure on this date of 22nd, March 2017.

Richard D. Daly
**DALY & BLACK, P.C.**
2211 Norfolk Street, Suite 800
Houston, Texas 77098
Tel: (713) 655-1405
Fax: (713) 655-1587

**ATTORNEY FOR PLAINTIFF**

                                                */s/ Brett A. Wallingford*
                                                 Brett A. Wallingford