IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SUNRISE SELF STORAGE PARTNERS, LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 6:15-CV-363 RP |
| LEXINGTON INSURANCE COMPANY, | § § § | |
| Defendant. | § § | |

**FINAL JUDGMENT**

Before the court is the above-entitled case. On this day, the court entered an order granting the parties' Agreed Motion to Dismiss with Prejudice, (Dkt. 17), thereby dismissing Plaintiff's claims and causes of action in their entirety. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is **ORDERED** that all claims and causes of action brought by Plaintiff are hereby **DISMISSED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that all hearing and trial settings are hereby **CANCELED**.

It is **FINALLY ORDERED** that the case is hereby **CLOSED**.

**SIGNED** on March 27, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE